IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LeRodrick Terry, Ph.D. and Alisha Terry, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Maricopa County Community College District; Leslie Cooper, as general counsel of Maricopa County Community College District and in her personal capacity, and John Doe Cooper; Matthew Hasson, as a spokesperson for Maricopa County Community College District and in his personal capacity; Casey Kuhn, as a senior field correspondent and in her personal capacity,<br><br>Defendants. | No. CV-19-05754-PHX-NVW<br><br>**ORDER** |

IT IS ORDERED that the Stipulation to Synchronize Mandatory Initial Discovery Project Responses and Rule 26(f) Case Management Deadlines (Doc. 20) is denied. No Defendant's disclosures are delayed by a Rule 12(b)(6) motion. The experiment is defeated by allowing parties to delay disclosures for decisions on motions to dismiss.

Dated this 24th day of February, 2020.

Neil V. Wake
Senior United States District Judge