

FILED

JAN 18 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LERODRICK TERRY, Ph.D., Husband; AISHA TERRY, Wife, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT; et al., <br><br> Defendants-Appellees, <br><br> and <br><br> HASSON, First name unknown; et al., <br><br> Defendants. | No.   22-16555 <br><br> D.C. No. 2:19-cv-05754-DJH <br> District of Arizona, <br> Phoenix <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 7), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Roxane G. Ashe
Circuit Mediator